```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 04456
   MARGARET A NEUMAN
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-7195


-----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 02/10/2005 and was confirmed 04/14/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was paid in full 08/13/2007.
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
-----------------------------------------------------------------------------
CAPITAL ONE BANK           FILED LATE        727.62           .00           .00
CAPITAL ONE BANK           UNSECURED        1520.06           .00       1520.06
CAPITAL ONE BANK           FILED LATE        624.16           .00           .00
CAPITAL ONE BANK           FILED LATE        550.33           .00           .00
DIRECT MERCHANTS MASTERC   UNSECURED       NOT FILED          .00           .00
HOUSEHOLD FINANCE          UNSECURED       NOT FILED          .00           .00
HOUSEHOLD CREDIT SERVICE   UNSECURED       NOT FILED          .00           .00
ECAST SETTLEMENT CORP      UNSECURED         618.53           .00         618.53
PROVIDIAN                  UNSECURED       NOT FILED          .00           .00
PROVIDIAN                  UNSECURED       NOT FILED          .00           .00
SAMS CLUB                  UNSECURED       NOT FILED          .00           .00
RESURGENT CAPITAL SERVIC   UNSECURED        7082.88           .00       7082.88
SPIEGEL                    UNSECURED       NOT FILED          .00           .00
WAL MART STORES INC        UNSECURED       NOT FILED          .00           .00
WELLS FARGO FINANCIAL IL   UNSECURED        1081.92           .00       1081.92
WORLD FINANCIAL NETWORK    UNSECURED         731.10           .00         731.10
LEGAL HELPERS PC           DEBTOR ATTY     1,800.00                     1,800.00
TOM VAUGHN                 TRUSTEE                                        665.94
DEBTOR REFUND              REFUND                                         749.57

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE            14,250.00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                    11,034.49
ADMINISTRATIVE                                1,800.00
TRUSTEE COMPENSATION                            665.94
DEBTOR REFUND                                   749.57

                   PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 04456 MARGARET A NEUMAN
```

```
                                    ---------------      ---------------
TOTALS                                 14,250.00            14,250.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 11/29/07                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE